JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSHUA LORNE ROGERS et al.,

Plaintiff,

v.

PROPERTY RECEIVABLES CORP.,

Defendant.

Case No. 2:26-cv-06174-SB-AYP

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that this action is dismissed without prejudice.

This is a final judgment.

Date: October 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge